Certiorari

STRAUP, J.

This is an application to review a proceeding of the Industrial Commission of Utah. The commission denied plaintiff's application for compensation upon the ground that dependency upon the deceased employee was not established. This application presents the same questions that were presented in *Kavalinakis* v. *Ind. Comm.* (Utah) 246 P. 698, just decided and not yet [officially] reported.

Upon the authority of that case the decision of the Industrial Commission in this case must be, and it accordingly is, affirmed.

GIDEON, C. J., and THURMAN, FRICK, and CHERRY, JJ., concur.

---

Aggelis Anton BOTONAKIS, etc., Plaintiff, v. INDUSTRIAL COMMISSION OF UTAH and Utah Fuel Company, Defendants.

No. 4384.    Decided May 11, 1926.    (246 P. 704)

*N. J. Cotro-Manes* and *C. E. Norton,* both of Salt Lake City, for plaintiff.

*Harvey H. Cluff,* Atty. Gen., and *J. Robert Robinson,* Asst. Atty. Gen., for defendant Industrial Commission.

*Ferdinand Erickson,* of Salt Lake City, for defendant Fuel Co.

STRAUP, J.

This is an application to review a proceeding of the Industrial Commission of Utah. The commission denied plaintiff's application for compensation upon the ground that dependency upon the deceased employee was not established. This application presents the same questions that were pre-

sented in *Kavalinakis* v. *Ind. Comm.* (Utah) 246 P. 698, just decided and not yet [officially] reported.

Upon the authority of that case, the decision of the Industrial Commission in this case must be, and it accordingly is, affirmed.

GIDEON, C. J. and THURMAN, FRICK, and CHERRY, JJ., concur.

---

## KOURGENTAKIS v. INDUSTRIAL COMMISSION OF UTAH et al.

No. 4385.   Decided May 11, 1926.   (246 P. 705)

MASTER AND SERVANT—FINDING OF INDUSTRIAL COMMISSION THAT NONRESIDENT ALIEN COMPENSATION CLAIMANT WAS NOT DEPENDENT HELD CONCLUSIVE. Finding of Industrial Commission that deceased employee's alien mother living in Greece was not dependent, based on evidence consisting merely of her deposition without corroboration, *held* conclusive on Supreme Court and not arbitrary or capricious.[1]

Application by Katherine Kourgentakis to review an order of the Industrial Commission denying compensation for the death of her son John Kourgentakis while employed by the Utah Fuel Company.

AFFIRMED.

*N. J. Cotro-Manes* and *C. E. Norton*, both of Salt Lake City, for plaintiff.

*Harvey H. Cluff*, Atty. Gen., and *J. Robert Robinson*, Asst. Atty. Gen., for defendant Industrial Commission.

*Ferdinand Erickson*, of Salt Lake City, for defendant Fuel Co.

---

[1] *Kavalinakis* v. *Ind. Comm.* (Utah) 246 P. 698.
Corpus Juris-Cyc. References:
[1]   Workmen's Compensation Acts C. J. p. 122 n. 40.